# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHERYLL CLEWETT and STEVE BAUS, individually, and on behalf of all others similarly situated,

V.

NATIONAL POLICE & SHERIFFS COALITION PAC

CASE NUMBER: 1:22-cv-06032

ASSIGNED JUDGE: Hon. Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Hon. Beth W. Jantz

TO: (Name and address of Defendant)

National Police & Sheriffs Coalition PAC
c/o Frank Pulciani, Privacy Officer
4600 Kingfish Lane, #601
Panama City Beach, FL 32408

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, ____21____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK

*Sarah Bouchard*

(By) DEPUTY CLERK



November 14, 2022

DATE

## AFFIDAVIT OF SERVICE

**State of Illinois**

County of

Case Number: 1 22 CV 06032

Plaintiff:
CHERYLL CLEWETT, ET AL
vs.
Defendant:
NATIONAL POLICE & SHERIFFS COALITION PAC

PDB2022011858

For: THOMAS ZIMMERMAN

Received by L. LANCE AND ASSOCIATES, LLC on the 15th day of November, 2022 at 9:00 am to be served on NATIONAL POLICE & SHERIFFS COALITION PAC C/O FRANK PULCIANI, PRIVACY OFFICER, 4600 KINGFISH LANE, #601, PANAMA CITY, FL 32408. I, Charles R. Lana, Jr., being duly sworn, depose and say that on the 18 day of November, 2022 at 9:05A .m., executed service by delivering a true copy of the SUMMONS AND COMPLAINT, PRAYER FOR RELIEF in accordance with state statutes in the manner marked below:

(✓) PUBLIC AGENCY/GOVERNMENT AGENCY: By serving Frank Pulciani as Privacy Officer of the within-named agency. F.S. 48.111

( ) AUTHORIZED (FOR RECORDS SUBPOENAS ONLY): By serving _____ as Records Custodian.

( ) CORPORATE SERVICE: By serving _____ as _____ F.S. 48.081

( ) LLC SERVICE: By serving _____ as _____ F.S. 48.062

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____

( ) NON SERVICE: For the reason detailed in the Comments below.

COMMENTS: _____

Age 60 Sex (M)F Race H Height 5'7 Weight 180 Hair Black Glasses Y (N)

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

PROCESS SERVER # 011
Appointed in accordance with State Statutes

STATE OF Florida
COUNTY OF Bay

Sworn to and subscribed before me by the means of
✓ physical presence or ___ online notarization, before
me on the 18 day of November, 2022 by
the affiant who is personally known to me or has
produced _____ as identification.

NOTARY PUBLIC

LINDA G. EVANS
MY COMMISSION # GG 944857
EXPIRES: January 26, 2024
Bonded Thru Notary Public Underwriters

Boyd's 1 Stop Process Service, Inc.
507 S. 33rd Street
Fort Pierce, FL 34947
(772) 460-6679

Our Job Serial Number: 2022011858
Ref: 20221114165728

Copyright © 1992-2022 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k