**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3**
**Eastern Division**

Cheryll Clewett, et al.

                     Plaintiff,

v.                                                  Case No.: 1:22−cv−06032
                                                  Honorable Andrea R. Wood

National Police & Sheriffs Coalition PAC

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, January 3, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 1/3/2023. As discussed on the record, motion for leave to appear pro hac vice [10] is granted. The Court adopts the parties' proposed case schedule set forth in their joint status report [12]. The parties shall serve Fed. R. Civ. P. 26(a)(1) initial disclosures by 1/13/2023. Fact discovery shall be completed by 12/1/2023. Plaintiffs shall file a motion for class certification by no later than 12/22/2023. Expert disclosures shall be made by 12/22/2023. Expert depositions shall be completed by 2/2/2024. Dispositive motions shall be filed by 3/8/2024. By 3/3/2023, the parties shall file a joint status report setting forth: (1) the current status of discovery, including what progress has been made since the status hearing, whether the parties are aware of any discovery disputes that will require the Court's involvement, and whether the parties are aware of any reason why they will not be able to complete fact discovery by the 12/1/2023 deadline; (2) the parties' views regarding prospects for settlement and whether they request a referral to the magistrate judge for a settlement conference; and (3) whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.