# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHEYLL CLEWETT and STEVE BAUS, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>*Plaintiffs*, )<br>-vs )<br>)<br>NATIONAL POLICE & SHERIFFS )<br>COALITION PAC, )<br>)<br>*Defendant.* ) | **CASE NO.: 22-cv-06032** |

## DEFENDANT'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.2, Defendant National Police & Sheriffs Coalition PAC certifies that it is an Illinois non-party political organization and has no parent corporation. No entity or public held corporation owns 5% or more of its stock.

Respectfully submitted,

NATIONAL POLICE & SHERIFFS
COALITION PAC

By:*/s/ Charles H. Nave*
   Charles H. Nave, Esq.
   Admitted in Virginia (VSB No. 43585),
   Maryland, and the District of Columbia
   *Pro Hac Vice Motion Granted*
   (charlie@nave-law.com)
   CHARLES H. NAVE, P.C.
   316 Mountain Avenue, S.W.
   Roanoke, VA 24016
   Tel: (540)345-8848
   Fax: (540) 301-4926

James L. Wideikis
(jwideikis@cgw-legal.com)
ARDC # 6278707
Shawn M. Staples
(sstaples@cgw-legal.com)
ARDC # 6293863
COSTELLO, GINEX & WIDEIKIS, P.C.
*Local Counsel for Defendant*
150 N. Wacker Drive, Suite 1400
Chicago, Illinois 60606
Phone: (312) 850-2651
Fax: (312) 893-7395

**<u>CERTIFICATE OF SERVICE</u>**

James L. Wideikis, an attorney, certifies that he caused the foregoing DEFENDANT'S CORPORATE DISCLOSURE STATEMENT to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Easter Division, by CM/ECF system, which will send notification of such filing to the named parties in this matter on this 17th day of January, 2023.

<u>/s/     James L. Wideikis</u>