**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| CHEYLL CLEWETT and STEVE BAUS, individually and on behalf of all others similarly situated, )<br>)<br>)<br>)<br>*Plaintiffs*, )<br>)<br>-vs )<br>)<br>NATIONAL POLICE & SHERIFFS )<br>COALITION PAC, )<br>)<br>*Defendants.* ) | CASE NO.: 22-cv-06032 |

## MOTION TO WITHDRAW AS COUNSEL

James L. Wideikis respectfully moves this Court for leave to withdraw his appearance as counsel of record for Defendant National Police & Sheriffs Coalition PAC ("Defendant"). In support of this motion, movant states as follows:

1. James L. Wideikis filed his appearance as local counsel for Defendant in this cause on December 29, 2022.

2. James L. Wideikis is unable to continue with the present case and therefore must withdraw. Therefore, the undersigned counsel seeks leave to withdraw his appearance pursuant to LR83.17.

3. Defendant is still represented by Charles H. Nave of Charles H. Nave, P.C., and his appearance for Defendant in this cause was filed on January 3, 2023. James L. Wideikis has advised Charles H. Nave of his intent to withdraw as counsel and requested he inform Plaintiff of the same.

4. This motion is not sought for delay and no undue delay or prejudice will result from James L. Wideikis's withdrawal.

WHEREFORE, based on the foregoing, James L. Wideikis respectfully requests that this Court grant his motion to withdraw as counsel of record for Defendant.

Respectfully submitted,

By:*/s/ James L. Wideikis*

James L. Wideikis
(jwideikis@cgw-legal.com)
ARDC # 6278707
COSTELLO, GINEX & WIDEIKIS, P.C.
150 N. Wacker Drive, Suite 1400
Chicago, Illinois 60606
Phone: (312) 850-2651
Fax: (312) 893-7395

**CERTIFICATE OF SERVICE**

    James L. Wideikis, an attorney, certifies that he caused the foregoing MOTION TO WITHDRAW AS COUNSEL to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Easter Division, by CM/ECF system, which will send notification of such filing to the named parties in this matter on this 3rd day of March 2023.


                                                */s/      James L. Wideikis*