# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| CHEYLL CLEWETT and STEVE BAUS, individually and on behalf of all others similarly situated, ) ) ) ) | |
| *Plaintiffs*, ) | CASE NO.: 22-cv-06032 |
| -vs ) ) | |
| NATIONAL POLICE & SHERIFFS COALITION PAC, ) ) ) ) | |
| *Defendants.* ) | |

## MOTION TO WITHDRAW AS COUNSEL

Shawn M. Staples respectfully moves this Court for leave to withdraw his appearance as counsel of record for Defendant National Police & Sheriffs Coalition PAC ("Defendant"). In support of this motion, movant states as follows:

1. Shawn M. Staples filed his appearance as local counsel for Defendant in this cause on December 29, 2022.

2. Shawn Staples is unable to continue with the present case and therefore must withdraw. Therefore, the undersigned counsel seeks leave to withdraw his appearance pursuant to LR83.17.

3. Defendant is still represented by Charles H. Nave of Charles H. Nave, P.C., and his appearance for Defendant in this cause was filed on January 3, 2023. Shawn M. Staples has advised Charles H. Nave of his intent to withdraw as counsel and requested he inform Plaintiff of the same.

4. This motion is not sought for delay and no undue delay or prejudice will result from Shawn M. Staples's withdrawal.

WHEREFORE, based on the foregoing, Shawn M. Staples respectfully requests that this Court grant his motion to withdraw as counsel of record for Defendant.

Respectfully submitted,

By:*/s/ Shawn M. Staples*

Shawn M. Staples
(sstaples@cgw-legal.com)
ARDC # 6293863
COSTELLO, GINEX & WIDEIKIS, P.C.
150 N. Wacker Drive, Suite 1400
Chicago, Illinois 60606
Phone: (312) 850-2651
Fax: (312) 893-7395

**CERTIFICATE OF SERVICE**

  Shawn M. Staples, an attorney, certifies that he caused the foregoing MOTION TO WITHDRAW AS COUNSEL to be electronically filed with the Clerk of the U.S. District Court, Northern District of Illinois, Easter Division, by CM/ECF system, which will send notification of such filing to the named parties in this matter on this 3rd day of March 2023.

              /s/  Shawn M. Staples