UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Cheryll Clewett, et al.

Plaintiff,

v.  Case No.: 1:22−cv−06032
Honorable Andrea R. Wood

National Police & Sheriffs Coalition PAC

Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, March 9, 2023:

MINUTE entry before the Honorable Andrea R. Wood: Motions to withdraw as attorney [20] and [21] are granted. Attorneys Shawn M. Staples and James Wideikis are terminated as counsel of record. Having reviewed the joint status report [19], the Court sets a telephonic status hearing for 3/23/2023 at 9:15 AM. The parties shall be prepared to discuss, among other things, Plaintiff's intention to file an amended complaint and the possibility of a settlement conference. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court−issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.