AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

CHERYLL CLEWETT, STEVE BAUS, and AVATAR OJAR, individually, and on behalf of all others similarly situated,

V.

NATIONAL POLICE & SHERIFFS COALITION PAC, FRANK PULCIANI, and CAMPAIGN CALLING, LLC

CASE NUMBER: 1:22-cv-06032

ASSIGNED JUDGE: Hon. Andrea R. Wood

DESIGNATED MAGISTRATE JUDGE: Hon. Beth W. Jantz

TO: (Name and address of Defendant)

Campaign Calling, LLC
c/o Cloud Peak Law, LLC
1309 Coffeen Avenue, Suite 1200
Sheridan, Wyoming 82801

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Zimmerman Law Offices, P.C.
77 West Washington Street, Suite 1220
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, _____21_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

THOMAS G. BRUTON, CLERK



(By) DEPUTY CLERK

March 23, 2023

DATE



20230323190837

AO 440 (Rev. 06/12) Summons in a Civil Action

**RETURN OF SERVICE**

| | |
|---|---|
| SERVICE OF: EFFECTED (1) BY ME: TITLE: | **SUMMONS AND FIRST AMENDED COMPLAINT, PRAYER FOR RELIEF** _____ **PROCESS SERVER** DATE: 4-3-2023 |

CHECK ONE BOX BELOW TO INDICATE APPROPRIATE METHOD OF SERVICE:

[ ] Served personally upon the defendant

CAMPAIGN CALLING, LLC  c/o "Sage"

Place where served:

C/O CLOUD PEAK LAW, LLC  1309 COFFEEN AVENUE, STE 1200  SHERIDAN  WY  82801

[ ] Left copies thereof at the defendant's dwelling house or place of business with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left:

Relationship to defendant  clerk for Cloud Peak Law LLC, registered agent

Description of Person Accepting Service:

SEX: f  AGE: 30's  HEIGHT: 5'8  WEIGHT: 170  SKIN: w  HAIR: Blonde  OTHER: ____

[X] To the best of my knowledge, said person was not engaged in the U.S. Military at the time of service

**STATEMENT OF SERVER**

TRAVEL $ _____.____     SERVICES $ _____.____     TOTAL $ _____.____

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in this Return of Service and Statement of Server is true and correct.

Docusign Court Approved E-Signature

DATE: 4 / 3 / 2023     _____ L.S.

SIGNATURE OF Dustin Looper
GUARANTEED SUBPOENA SERVICE, INC.
2009 MORRIS AVENUE
UNION, NJ 07083

ATTORNEY: THOMAS A. ZIMMERMAN, JR., ESQ.
PLAINTIFF: CHERYLL CLEWETT, ET AL
DEFENDANT: NATIONAL POLICE & SHERIFFS COALITION PAC, ET AL
VENUE: DISTRICT
DOCKET: 1 22 CV 06032
COMMENT: