**Max Morgan**

| | |
|---|---|
| **From:** | lcasson@andreou-casson.com |
| **Sent:** | Thursday, October 19, 2023 1:46 PM |
| **To:** | Max Morgan; lquan@andreou-casson.com |
| **Cc:** | 'Jeff Blake'; 'Justin Nematzadeh'; 'Elan Stone'; Wendy Cespedes |
| **Subject:** | RE: Clewett et al. v. NPSC PAC et al. |

Max:

I will have to ask you for some additional time to respond. Any objection to October 27th for updated responses?

*Luke A. Casson*
Andreou & Casson, Ltd.
661 West Lake St., Suite 2N
Chicago, Illinois 60661
312.935.2000/312.935.2001

CONFIDENTIALITY NOTE: This e-mail is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this e-mail message is not the intended recipient, or the employee or agent responsible for delivery of the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is prohibited. If you have received this e-mail in error, please notify us immediately by telephone at (312) 935-2000 and also indicate the sender's name. Thank you.

CIRCULAR 230 NOTICE: Treasury Department Circular 230 requires that we inform you that any discussion of U.S. federal tax issues contained herein and in any accompanying materials is not intended or written to be relied upon, and cannot be relied upon, by any person for the purpose of (i) avoiding penalties that may be imposed under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein or therein.

**From:** Max Morgan <max.morgan@theweitzfirm.com>
**Sent:** Wednesday, October 18, 2023 6:41 AM
**To:** lcasson@andreou-casson.com; lquan@andreou-casson.com
**Cc:** Jeff Blake <jeff@attorneyzim.com>; Justin Nematzadeh <jsn@nematlawyers.com>; Elan Stone <elan@davidovichlaw.com>
**Subject:** Clewett et al. v. NPSC PAC et al.

Dear Luke:

I am writing to follow up with you following our discovery call.

During the call, Mr. Pulciani agreed to provide amended responses by Friday, October 20, 2023. Specifically, we asked that Mr. Pulciani review his responses to RFP 16, 17, 25, 26 and Interrogatories 11, 12. These responses included only

**EXHIBIT E**

objections, without an indication of whether Defendant is withholding documents.  For example, with respect to RFP 17, Mr. Pulciani objects and does not state whether he is withholding documents.  Based on NPSC's answers to discovery, it is our understanding that Mr. Pulciani has been involved in prior TCPA litigation directly and is therefore withholding documents in response to this request.

With respect to the interrogatories, we asked that Mr. Pulciani review his response to Interrogatory 13, 14.  With respect to interrogatory 13, we clarified that we are seeking information for the last 4 years, not presently.  For Interrogatories 14 and 17, we pointed out the responses were inconsistent with the documents produced and NPSC PAC's discovery responses.

Finally, with respect to Interrogatory 18, which states Mr. Pulciani did not search any devices or files, we asked that he review this response and review the places likely to have discoverable information.

We look forward to your response.

Regards,

Max



Max S. Morgan, Esquire
THE WEITZ FIRM, LLC
1515 Market Street #1100
Philadelphia, Pennsylvania  19102
O: 267-587-6240
D: 484-838-7227
F: 215-689-0875
max.morgan@theweitzfirm.com
www.theweitzfirm.com