UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Cheryll Clewett, et al.

Plaintiff,

v. Case No.: 1:22−cv−06032
Honorable Andrea R. Wood

National Police & Sheriffs Coalition PAC, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, January 31, 2024:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 1/31/2024. For the reasons stated on the record, Plaintiffs' motion for entry of default against Defendant National Police & Sheriffs Coalition PAC [58] and motion for entry of default against Defendant Campaign Calling LLC [59] are granted. The Court enters Rule 55(a) defaults against Defendants National Police & Sheriffs Coalition PAC and Campaign Calling LLC. Furthermore, Plaintiffs' motion to compel responses to written discovery issued to Defendant Frank Pulciani [48] is terminated without prejudice to renewal after the parties have met and conferred over the supplemental production. Defendant Frank Pulciani's request to take judicial notice of Defendant's discovery responses and for miscellaneous relief [62] is denied with respect to staying discovery. The parties shall proceed with discovery. By 2/28/2024, the parties shall file a joint status report setting forth: (1) whether the parties have resolved all remaining differences regarding the sufficiency of Defendant Pulciani's discovery responses; (2) confirmation that the parties have met and conferred on whether Mr. Pulciani will be deposed and, if so, whether and when that deposition will take place; (3) a proposed fact discovery deadline; and (4) any other issues of concern that the parties would like to bring to the Court's attention. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.