## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Cheryll Clewett, et al.

                                           Plaintiff,

v.                                                                           Case No.: 1:22−cv−06032

                                                                                 Honorable Andrea R. Wood

National Police & Sheriffs Coalition PAC, et al.

                                            Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, April 25, 2024:

       MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs' agreed motion for entry of confidentiality order [71] is set for a telephonic motion hearing on 5/1/2024 at 9:15 AM. If the Court determines that a ruling can be made on the motion without the hearing, an order will be entered prior to the date striking the hearing. To ensure public access to court proceedings, members of the public and media may call in to listen to telephonic hearings. The call−in number is (888) 557−8511 and the access code is 3547847. Counsel of record will receive an email 30 minutes prior to the start of the telephonic hearing with instructions to join the call. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings. Violation of these prohibitions may result in sanctions, including removal of court issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court. Mailed notice (lma, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.