# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois − CM/ECF NextGen 1.7.1.1
### Eastern Division

Cheryll Clewett, et al.

                              Plaintiff,

v.                                                                                 Case No.: 1:22−cv−06032
                                                                         Honorable Andrea R. Wood

National Police & Sheriffs Coalition PAC, et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 24, 2024:

      MINUTE entry before the Honorable Andrea R. Wood: Plaintiffs having filed a notice of voluntary dismissal of all claims as to remaining defendants pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) [79], this case is dismissed without prejudice against the remaining Defendants National Police & Sheriffs Coalition PAC and Campaign Calling LLC. Any pending hearing dates and motions are stricken. Civil case terminated. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.